**SEALED FILED**
AUG 23 2016
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
DEPUTY CLERK

PHILLIP A. TALBERT
Acting United States Attorney
TIMOTHY H. DELGADO
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile: (916) 554-2900

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN THE MATTER OF THE UNITED STATES' APPLICATION FOR A WARRANT AUTHORIZING THE INSTALLATION AND MONITORING OF A TRACKING DEVICE IN OR ON A SILVER 2004 DODGE CARAVAN, BEARING CALIFORNIA LICENSE PLATE NUMBER 7SDE909, REGISTERED TO MICHAEL ANTHONY VICOCHEA AT 1579 165TH AVENUE, APT. 10 IN SAN LEANDRO, CA 94578 | CASE NO. 2:16-SW-0506 AC<br><br>SEALING ORDER<br><br>**UNDER SEAL** |

## SEALING ORDER

Upon Application of the United States of America and good cause having been shown,

IT IS HEREBY ORDERED that the file in the above-captioned matter be, and is hereby ordered, SEALED until further order of this Court.

Dated: 6/10/16

_____
Hon. Allison Claire
United States Magistrate Judge